## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JILLIAN RAMOUTAR,

    Plaintiff,

v.                                    CASE NO.:  0:17-cv-60947-UU

GS SERVICES, LP,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

      PLAINTIFF**,** JILLIAN RAMOUTAR, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, JILLIAN RAMOUTAR, and Defendant, GS SERVICES, LP, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                                                    */s/ Geoffrey E. Parmer*
                                                    **Geoffrey E. Parmer, Esq**.
                                                    Florida Bar No.: 0989258
                                                  Geoff@TheConsumerProtectionFirm.com
                                                  THE CONSUMER PROTECTION FIRM, PLLC
                                                  210-A South MacDill Avenue
                                                  Tampa, FL 33609
                                                  Telephone: (813) 500-1500
                                                  Facsimile: (813) 435-2369
                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on November 27, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

> */s/ Geoffrey E. Parmer*
> Geoffrey E. Parmer, Esquire
> Florida Bar No. 0989258
> William "Billy" Peerce Howard, Esquire
> Florida Bar No. 0103330
> THE CONSUMER PROTECTION FIRM
> 210-A South MacDill Avenue
> Tampa, FL 33609
> Telephone: (813) 500-1500
> Facsimile: (813) 435-2369
> Geoff@TheConsumerProtectionFirm.com
> Billy@TheConsumerProtectionFirm.com
> *Attorney for Plaintiff*